IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | | |
|---|---|---|
| RCI TECHNOLOGY CORPORATION, | * | |
| f/k/a Resort Computer Corporation, | | |
| | * | |
| Appellant, | | |
| | * | |
| v. | | |
| | * | Civil Case No. JFM02-2539 |
| SUNTERRA CORPORATION, et al., | | |
| | * | |
| Appellees. | | |
| * * * * * * * | | |
| In re: | * | Bankruptcy Case Nos. 00-5-6931-JS through 00-5-6967-JS |
| SUNTERRA CORPORATION, et al, | * | (Chapter 11) (Jointly Administered under Case No. |
| Debtors. | * | 00-5-6931-JS) |
| * * * * * * * * * * * * * | | |

**STIPULATION AND ORDER EXTENDING TIME**
**FOR FILING OF APPELLANT'S BRIEF**

RCI Technology Corporation f/k/a Resort Computer Corporation ("RCC"), the Appellant, and Sunterra Corporation, et al., the Debtors and the Appellees herein, by their respective undersigned counsel, hereby stipulate that pursuant to Rule 8009(a) of the Federal

733789.1 8/9/02



Rules of Bankruptcy Procedure, the time for RCC to serve and file its Appellant's Brief is hereby extended for seven (7) days, through August 26, 2002.

                                                Irving E. Walker, Bar No. 00179
                                                Saul Ewing LLP
                                                100 South Charles Street, 15th Floor
                                                Baltimore, Maryland 21201
                                                (410) 332-8672

                                                Mark R. Wenzel, Esquire
                                                Krieg DeVault LLP
                                                One Indiania Square, Suite 2800
                                                Indianapolis, Indiana 46205
                                                (317) 636-4341

                                                Attorneys for RCI Technology Corporation, f/k/a
                                                Resort Computer Corporation

                                                Martin T. Fletcher, Bar No.            (By ISW, with permission)
                                                Whiteford Taylor & Preston L.L.P.
                                                Seven Saint Paul Street
                                                Baltimore, Maryland 21202-1626
                                                (410) 347-8700

                                                Attorneys for Sunterra Corporation, et al.

SO ORDERED on this 13th day of August, 2002.

                                 _____
                                 United States District Court Judge

cc:
Irving E. Walker, Bar No. 00179
Saul Ewing LLP
100 South Charles Street, 15th Floor
Baltimore, Maryland 21201

Mark R. Wenzel, Esquire
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46205


Martin T. Fletcher, Bar No.
Whiteford Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

733789.1 8/9/02

3