IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

| | |
|---|---|
| In re: | * |
| | Bankruptcy Case Nos. 00-5-6931-JS |
| SUNTERRA CORPORATION, et al., | * through 00-5-6967-JS, 00-5-8313-JS, and |
| | 00-6-3718-JS   (Chapter 11) |
| Debtors. | * |
| | (Jointly Administered under |
| | * Case No. 00-5-6931-JS) |

\* \* \* \* \* \* \*   \* \* \* \* \* \* \*

| | |
|---|---|
| RCI TECHNOLOGY CORPORATION, | * |
| f/k/a Resort Computer Corporation, | |
| | * |
| Appellant, | |
| | * Civil Case No. JFM-02-2539 |
| v. | |
| | * |
| SUNTERRA CORPORATION, et al., | |
| | * |
| Appellees. | |

\* \* \* \* \* \* \*   \* \* \* \* \* \* \*

**STIPULATION AND ORDER EXTENDING TIME
FOR FILING OF APPELLEE'S BRIEF**

Sunterra Corporation, et al., ("Sunterra"), the Debtors and Appellees, and RCI Technology Corporation f/k/a Resort Computer Corporation ("RCC"), the Appellant, by their respective undersigned counsel, hereby stipulation that pursuant to Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the time for Sunterra to serve and file its Appellee's Brief is hereby extended for seven (7) days through September 20, 2002.

_____
Kenneth Oestreicher, Bar No.05567
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
410/347-8700

Attorneys for Sunterra Corporation, et al.



_____
Irving E. Walker, Bar No. 00179
Jay A. Shulman, Bar No. 08228
Saul Ewing LLP
100 South Charles Street, 15th Floor
Baltimore, Maryland 21201
410/332-8600

Mark R. Wenzel, Esquire
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46205
317/636-4341

Attorneys for RCI Technology Corporation,
f/k/a Resort Computer Corporation

SO ORDERED on this _____ day of September, 2002.

_____
United States District Court Judge

cc:   Kenneth Oestreicher, Esquire
      Whiteford, Taylor & Preston L.L.P.
      Seven Saint Paul Street
      Baltimore, Maryland 21202-1626

      Irving E. Walker, Esquire
      Jay A. Shulman, Esquire
      Saul Ewing LLP
      100 South Charles Street
      15th Floor
      Baltimore, MD 21201

      Mark R. Wenzel, Esquire
      Kerri DeVault LLP
      One Indiana Square, Suite 2800
      Indianapolis, Indiana 46205

1445130