ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP 27  P 3: 39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
<u>Baltimore Division</u>

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| RCI TECHNOLOGY CORPORATION, | * | |
| f/k/a Resort Computer Corporation, | | |
| | * | |
| Appellant, | | |
| | * | |
| v. | | |
| | * | Civil Case No. JFM02-2539 |
| SUNTERRA CORPORATION | | |
| | * | |
| Appellee. | | |

\*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| In re: | * | Bankruptcy Case Nos. 00-5-6931-JS through 00-5-6967-JS |
| SUNTERRA CORPORATION, et al., | * | (Chapter 11) |
| | | (Jointly Administered under Case No. |
| Debtors. | * | 00-5-6931-JS) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION AND ORDER EXTENDING TIME
FOR FILING OF APPELLANT'S REPLY BRIEF**

RCI Technology Corporation f/k/a Resort Computer Corporation ("RCC"), the Appellant, and Sunterra Corporation, et al., the Debtors and the Appellees herein, by their respective undersigned counsel, hereby stipulate that pursuant to Rule 8009(a) of the Federal

739087 1 9/27/02

Rules of Bankruptcy Procedure, the time for RCC to serve and file its Appellant's Reply Brief is hereby extended for four (4) days, through October 7, 2002.

                                                       _____
                                                       Jay A. Shulman, Bar No. 08228
                                                       Saul Ewing LLP
                                                       100 South Charles Street, 15th Floor
                                                       Baltimore, Maryland 21201
                                                       (410) 332-8618

                                                       Mark R. Wenzel, Esquire
                                                       Krieg DeVault LLP
                                                       One Indiana Square, Suite 2800
                                                       Indianapolis, Indiana 46205
                                                       (317) 636-4341

                                                       Attorneys for RCI Technology Corporation, f/k/a
                                                       Resort Computer Corporation

                                                       _____ /by permission
                                                       Kenneth Oestreicher, Bar No. 05567
                                                       Whiteford Taylor & Preston L.L.P.
                                                       Seven Saint Paul Street
                                                       Baltimore, Maryland 21202-1626
                                                       (410) 347-8700

                                                       Attorneys for Sunterra Corporation


SO ORDERED on this _____ day of _____, 2002.

                                      _____
                                      United States District Court Judge

cc:
Jay A. Shulman, Esquire
Saul Ewing LLP
100 South Charles Street, 15th Floor
Baltimore, Maryland 21201

Mark R. Wenzel, Esquire
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46205


Kenneth Oestreicher, Esquire
Whiteford Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626