IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 10  A 11: 19

| | | |
|---|---|---|
| RCC TECHNOLOGY CORPORATION | * | |
| | * | CLERK'S OFFICE AT BALTIMORE |
| v. | * | Civil No. JFM-02-2539 |
| | * | _____ DEPUTY |
| SUNTERRA CORPORATION | * | |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 10th day of January 2003,

ORDERED that

1. The order of the Bankruptcy Court is affirmed; and

2. This case is closed.

_____
J. Frederick Motz
United States District Judge

5