UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 15, 2004

Memo To Counsel Re: RCI Technology Corp. v. Sunterra Corp.
Civil No. JFM-02-2539

Dear Counsel:

Thank you for the joint status report dated December 10, 2004.

Please provide me with a further status report on or before January 21, 2005.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge