# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SUNTERRA CORPORATION, et al., | * | Case Nos. 00-5-6931-JS through 00-5-6967-JS, 00-5-8313-JS, and |
| Debtors. | * | 00-6-3718-JS |
| | * | (Chapter 11) (Jointly Administered |
| | * | under Case No. 00-5-6931-JS) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE SUBMITTING AMENDED PLAN SUPPLEMENT TO THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION OF SUNTERRA CORPORATION AND AFFILIATED DEBTORS, AS AMENDED

Sunterra Corporation, *et al.*, the above captioned debtors and debtors-in-possession herein (collectively, the "Debtors"), by this line hereby file their Amended Plan Supplement to Third Amended and Restated Joint Plan of Reorganization of Sunterra Corporation and Affiliated Debtors, attached hereto.

WHITEFORD, TAYLOR & PRESTON L.L.P.

Martin T. Fletcher, Bar No. 07608
Dennis J. Shaffer, Bar No. 25680
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700

Co-Counsel to Sunterra Corp., *et al.*

# Exhibit L

Form of Revised List of Contracts to be Assumed

Sunterra Corporation
Assumed Executory Contracts
As of June 18, 2002

| Contract No. Number | Entity | Main File Name |
|---|---|---|
| 562 | RMI, Inc. | Abraxas International |
| ~~221~~ 21 | RMI | Acumark Agreement |
| 203 | RMI | ADI Marketing Agreement – -Draft |
| 805 | RMI | Advanta Business Services |
| 355 | AKGI St. Maarten, N.V. | AKGI St. Maarten & Briella Lease Agreement |
| 270 | Sunterra Corporation | Alarmco Agreement |
| 483 | Sunterra Corporation | ~~Alarmco~~ **Americanada Wholesale Contract** Agreement |
| 442 | Sunterra St. Croix, Inc. | ~~Americanada Wholesale Contract~~ **Aqua Design Maintenance** Agreement |
| 368 | Sunterra Corporation | ~~Aqua Design Maintenance Agreement 137 RMI Automatic Data Processing~~ **Automatic Data Processing** |
| **137** | **RMI** | **B&M Marketing, Mike Harris Confidentiality Agreement** |
| 802 | Sunterra Corporation | ~~B&M Marketing, Mike Harris Confidentiality~~ **Bankruptcy Services LLC Services** Agreement |
| 80 | Sunterra Corporation | ~~Bankruptcy Services LLC Services Agreement~~ **Bellsouth Mobility** |
| 110 | Sunterra Corporation | ~~BellSouth Mobility~~ **Bellsouth Telecommunication, Inc.** |
| 164 | Sunterra Corporation | ~~BellSouth Telecommunications, Inc.~~ **Bent Creek Reciprocal Rights Agreement** |
| 558 | Sunterra Corporation | ~~Bent Creek Reciprocal Rights~~ **Best Pest Control Service** Agreement |
| 446 | Sunterra Corporation | Best ~~Pest Control Service~~ **Read Guide Advertising** Agreement |
| 414 | RMI | Bradshaw Brothers ~~Sublease~~ **SubLease** Agreement |
| 653 | AKGI St. Maarten, N.V. | Bunchie's Garage & Trucking N.V. |
| ~~434~~ 495 | AKGI St. Maarten, N.V. | ~~C.H.~~ **C. H.** Pest Control ~~Agreement 495~~ **Contract** |
| 434 | AKGI St. Maarten, N.V. | C.H. Pest Control ~~Contract~~ **Agreement** |
| 239 | Sunterra Corporation | Cahners Travel Group Advertising Contract |
| 813 | Sunterra Resorts | Camelot International |
| 814 | Sunterra Resorts | Camelot International |
| 409 | RMI | Canyon Portals Amendment to Lease |
| 199 | All ~~Seasons~~ **Season** Resorts | Canyon Portals Lease Agreement |

Sunterra Corporation
Assumed Executory Contracts
As of June 18, 2002

| Contract ~~No.~~ Number | Entity | Main File Name |
|---|---|---|
| 348 | Sunterra Corporation | Caribbean Satellite Communication Lease/Service Agreement |
| 169 | Resort Marketing International, Inc. | Century ~~21 / RCI~~ **21/RCI** Agreement |
| 670 | RMI, Inc. | Charter ~~Communication~~ **Communications** |
| 343 | Sunterra Corporation | Charter Communications Entertainment ~~&~~ **and** Bulk Rate Agreement **for** Cable |
| 142 | Sunterra Financial Services, Inc. | Concord Servicing Agreement |
| ~~848 Sunterra Corporation Concord Servicing Corporation Subservicing Agreement 1998-A 852 Sunterra Financial Services Concord Servicing Corporation Subservicing Agreement 1999-A 855 Sunterra Financial Services Concord Servicing Corporation Subservicing Agreement 1999-B~~ 674 | Sunterra Resorts | Consolidated Travel -- HTOA ~~90 Sunterra Corporation Consulting Services Agreement/Aris~~ |
| 197 | AKGI St. Maarten, N.V. | Courtwell Management Lease Agreement |
| 644 | Sunterra Resorts/Sedona Summit Resort | Creative Design Concepts |
| 273 | Sunterra Financial Services, Inc. | Danka Equipment Maintenance Agreement |
| **276** | **Sunterra Corporation** | **Desert Copy Service Agreement** |
| 168 | Sunterra Corporation | Dexron Investments |
| 352 | RMI | Discounts Before You Go (B4UGO) Sales and Marketing Agreement |
| 439 | Sunterra St. Croix, Inc. | Diversey Lever Lease Agreement |
| 386 | RMI | Don Hopkins Lease Modification Agreement |

Sunterra Corporation
Assumed Executory Contracts
As of June 18, 2002

| Contract ~~No.~~ Number | Entity | Main File Name |
|---|---|---|
| 413 | RMI | Earnshaw Investors, Ltd. Lease Agreement |
| 671 | Resort Marketing International, Inc. | EVR – –Lake Tahoe Management Agreement |
| 387 | RMI | Falcon Land Company Lease Agreement |
| 388 | RMI | Felsot Lease Agreement |
| 379 | Sunterra Corporation | Fidelity Leasing Equipment Lease Agreement – 001-0012048-001 Corp. |
| **279** | **Sunterra Corporation** | **Finova Servicing Agreement** |
| 133 | Bent Creek Golf Village | Five Star Communications Management Agreement |
| 421 | All Seasons Realty, Inc. | Fournos Restaurant Voucher Agreement |
| 393 | Sunterra Corporation | Gardening Angels Landscape Maintenance Agreement |
| 740 | Sunterra Resorts | GE Capital Equipment Lease Agreement Contract No. 6875178-001 |
|   | **Poipu Resort Management Company, GP** | **General Partnership Agreement dated 11/1/94** |
| 488 | Sunterra Corporation | GOGO Worldwide ~~Vacation~~ **Vacations** Advertising ~~Agreement 218 Sunterra Corporation Gold Market~~ Agreement |
| 489 | Sunterra Corporation | Golf Holidays International Advertising Agreement |
| **218** | **Sunterra Corporation** | **Golf Market Agreement** |
| 467 | Sunterra Corporation | Greensprings Plantation Contractor Agreement |
| 468 | Sunterra Corporation | Greensprings Plantation Contractor Agreement |
| 193 | AKGI St. Maarten, N.V. | Heytex Lease Agreement |
| 36 | RMI | Hope Enterprises Lease |
| 410 | RMI | Huntington Restaurant Group Lease |
| 679 | Sunterra Corporation | IKON Office Solutions – Copy Care Contract EVR Lake Tahoe |
| 391 | RMI | Ingersoll/Boisse Associates Agreement |
| 680 | Sunterra Corporation (Harich Tahoe ~~Dev.)~~ **Development)** | IOS Capital – EVR Lake Tahoe |
| 38 | Sunterra Corporation | K.K. Sunterra Japan Inventory Rental/License Agreement |
| 48 | RMI | Kingstown Reef Broker Tour Agreement |
| 392 | RMI | Kiosk Web Access Internet Kiosk Agreement |

Sunterra Corporation
Assumed Executory Contracts
As of June 18, 2002

| Contract ~~No.~~ Number | Entity | Main File Name |
|---|---|---|
| 416 | RMI | Lantex Builders Lease Agreement |
| ~~847 Sunterra Corporation LaSalle National Bank 1998-A Servicing Agreement 850 Sunterra Financial Services LaSalle National Bank 1999-A Servicing Agreement 853 Sunterra Financial Services LaSalle National Bank 1999-B Servicing Agreement~~ 74 | Sunterra Corporation | Law Engineering and Environmental Services |
| 220 | RMI | LG Radar Contract |
|  | **West Maui Resort Partners, L.P.** | **Limited Partnership Agreement dated 7/21/97** |
|  | **Poipu Resort Partners, LP** | **Limited Partnership Agreement dated 10/11/94** |
| 336 | Sunterra Corporation | Lucent – Newcourt Communications Master Equipment Lease ~~Agmt~~ **Agreement** |
| 418 | RMI | Maria's Restaurant Voucher Agreement |
| 233 | RMI | Mary Morgan Lease Agreement (Airport Welcome Center) |
| 354 | Sunterra Corporation | Metro Communications Production Agreement |
| 320 | Sunterra Corporation | Morgan, the Dukes Lease Agreement – 2nd ~~Modification~~ **modification** |
| 206 | Sunterra Corporation | Network 21 Phone Agreement |
| 411 | RMI | Oak Creek Factory Outlet Lease |
| 579 | Sunterra Resorts | One of One, Inc. ~~846 Sunterra Corporation Oracle Software License & Service Agreement~~ |
| 69 | Sunterra Corporation | OUC Commercial Electric Service Agreement |

Sunterra Corporation
Assumed Executory Contracts
As of June 18, 2002

| Contract ~~No.~~ Number | Entity | Main File Name |
|---|---|---|
| 17 | RMI | Ozark Mountain Quilt Sublease |
| 263 | Sunterra Corporation | Paragon System Innovations Preferred Agent Agreement for Hotels |
| 494 | AKGI St. Maarten, N.V. | PEMEC of Antilles |
| 655 | AKGI St. Maarten, N.V. | Phimaca N.V. d/b/a Hertz |
| 395 | RMI | Pitney Bowes Equipment Lease |
| 350 | Sunterra Corporation | Pitney Bowes Lease Agreement |
| 691 | Sunterra Corporation | Property Technologies, LTD |
| 52 | Sunterra Corporation | Public Storage Rental Agreement |
| 448 | RMI | Quality Inn Historic Contract |
| 654 | AKGI St. Maarten, N.V. | Quality Pools – Pool Service Contract |
| 332 | Sunterra Corporation | RE/MAX Exclusive Buyer Agency Agreement |
| 673 | The Ridge Pointe Resort | Ridge Pointe – ~~I-I~~ II Space Agreement |
| 424 | RMI | Roberts Creekside Voucher Agreement |
| 389 | RMI | Rollies Camera Shop Lease Agreement |
| 262 | Sunterra Corporation | RSI – Master Service Agreement |
| 694 | AKGI St. Maarten ~~N.A.~~ N.V. | S.L.A.T.S. N.V. – Royal Palm |
| 493 | AKGI St. Maarten, N.V. | S.L.A.T.S., N.V. Maintenance Contract |
| 435 | AKGI St. Maarten, N.V. | Safemark Systems, L.P. Traveler's Protection Warranty Lease |
| 652 | AKGI St. Maarten, N.V. | Safemark Systems, L.P. Traveler's Protection Warranty Lease |
| 645 | Sunterra Resorts/Sedona Summit | Schaller Construction |
| 499 | Sunterra Corporation | Scott Robins Construction Agreement |
| 204 | Sunterra Corporation | Seaside Vending Agreement |
| 412 | RMI | Sedona Centre Development Group Lease Agreement |
| 15 | RMI | Sedona Centre Lease Agreement Modification |
| 241 | Sunterra Corporation | Senior Travel Tips Agreement |
| 436 | AKGI St. Maarten, N.V. | Shell Antilles Supply Agreement |
| 194 | AKGI St. Maarten, N.V. | Ship Wreck Club Lease Agreement |

Sunterra Corporation
Assumed Executory Contracts
As of June 18, 2002

| Contract ~~No.~~ Number | Entity | Main File Name |
|---|---|---|
| 198 | AKGI St. Maarten, N.V. | Shipwreck Shop Lease Agreement |
| 415 | RMI | Sinagua Plaza Associates Lease Agreement |
| 799 | Sunterra Corporation | Skytel Paging |
| 40 | Sunterra Corporation | ~~Software~~ **Softward** Agreement/Epoch |
| 751 | Sunterra Corporation | Software Agreement/Microsoft |
| 12 | RMI | Southern Comfort OPC Lease (See Branson OPC ~~Lease~~) **Leases**) |
| 796 | RMI, Inc./First American Tour & Travel | Spinnaker Development Corp. |
| 716 | AKGI-St. Maarten (Flamingo & Royal Palm) | St. ~~Maarten~~ **Maaarten** Telephone Company |
| 840 | Sunterra Corporation | St. Maarten Timeshare Owners |
| 8 | RMI | Stone Hill OPC Lease (See Branson OPC Leases) |
| 302 | RMI | Sunshine Associates Lease ~~Agreement~~ **Assignment** |
| 181 | RMI | Sunterra Corporation Lease Agreement |
| 417 | RMI | The Cowboy Club Voucher Agreement |
| 422 | RMI | The Grille At Shadow Rock Voucher Agreement |
| 423 | All Seasons Realty, Inc. | The Marketplace Café Voucher Agreement |
| 183 | RMI | Torsion, Inc. Lease Agreement |
| 292 | Sunterra Corporation | Transamerica Master Lease Agreement |
| 461 | Sunterra Corporation | Vertex License Agreement |
| 41 | Sunterra Corporation | Vertex, Inc. |
| 756 | Resort Marketing International, Inc. | Villa at Poco Diablo Owners' Association |
| 750 | Resort Marketing International, Inc. | Villas of Sedona Owners' Association |
| 242 | Sunterra Corporation | VIP Hotels Reservation Services Agreement |
| 646 | Sunterra Resorts/The Ridge @Sedona Golf Resort | Western Technologies, Inc. |

~~1431207~~

| 848 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – 1998-A |
|---|---|---|
| 852 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-A |
| 855 | Sunterra Financial Services | Concord Servicing Corporation |

Sunterra Corporation
Assumed Executory Contracts
As of June 18, 2002

|  |  |  |
|---|---|---|
|  |  | Subservicing Agreement – 1999-B |
| 866* | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – Blue Bison Facility |
| 857* | Sunterra Financial Services | IKON Office Solutions |
| 847 | Sunterra Corporation | LaSalle National Bank 1998-A Servicing Agreement |
| 850 | Sunterra Financial Services | LaSalle National Bank 1999-A Servicing Agreement |
| 853 | Sunterra Financial Services | LaSalle National Bank 1999-B Servicing Agreement |
| 863 | Sunterra Corporation | LaSalle, AKGI Saint Marten and Signature Resorts Custody Agreement |
| 862 | Sunterra Corporation | LaSalle, B of A and Sunterra Custody Agreement |
| 858 | Harich Tahoe Developments | LaSalle, Nations Bank and Harich Tahoe Developments Custody Agreement |
| 860 | Sunterra Corporation | LaSalle, UBOC and Sunterra Custody Agreement |
| 846 | Sunterra Corporation | Oracle Software License & Service Agreement |
| 859 | Sunterra Corporation | UBOC, International Escrow and Schreeder Wheeler & Flint Custody and Escrow Agreement |

------------ COMPARISON OF HEADERS ------------

-HEADER 1-
Sunterra Corporation
Assumed Executory Contracts
As of June ~~10~~ 18, 2002


-HEADER 2-
Sunterra Corporation
Assumed Executory Contracts
As of June 18, 2002

C