EXHIBIT 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SUNTERRA CORPORATION, *et al.*, | * | Case Nos. 00-5-6931-JS through |
| | | 00-5-6967-JS, 00-5-8313-JS, and |
| Debtors. | * | 00-6-3718-JS |
| | * | (Chapter 11) |
| | | (Jointly Administered |
| | * | under Case No. 00-5-6931-JS) |

* * * * * * * * * * * *

### LINE SUBMITTING AMENDED SCHEDULE OF ASSUMED EXECUTORY CONTRACTS FOR DEBTORS' MOTION TO ESTABLISH CURE AMOUNTS FOR CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED PURSUANT TO THE THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION OF SUNTERRA CORPORATION AND AFFILIATED DEBTORS, AS AMENDED

Sunterra Corporation, *et al.*, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), through counsel, with this Line submit the Amended Schedule of Assumed Executory Contracts, which is an Exhibit to the Debtors' Motion to Establish Cure Amounts for Certain Executory Contracts and Unexpired Leases Assumed Pursuant to the Third Amended and Restated Joint Plan of Reorganization of Sunterra Corporation and Affiliated Debtors, as Amended, which was filed with the Court on August 28, 2002.

WHITEFORD, TAYLOR & PRESTON L.L.P.

_____
John F. Carlton, 06591
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700

Co-Counsel for the Debtors,
Sunterra Corporation, *et al.*

## CERTIFICATE OF SERVICE

I certify that on this 23d day of September, 2002 a copy of the foregoing Line was sent by first-class mail, postage prepaid, to all parties on the attached Service List. The Line as served upon the parties excluded a copy of the attached Service List in order to expedite the copying and transmittal of the pleading. Any party desiring a copy of the Line with the Service List attached may contact the undersigned or may review the original pleading at the Clerk's Office.

_____
John F. Carlton

*1447475*

Sunterra Corporation
Assumed Executory Contracts
As of July 22, 2002

| Contract Number | Entity | Main File Name |
|---|---|---|
| 805 | RMI | Advanta Business Services |
| 355 | AKGI St. Maarten, N.V. | AKGI St. Maarten & Briella Lease Agreement |
| 270 | Sunterra Corporation | Alarmco Agreement |
| 483 | Sunterra Corporation | Americanada Wholesale Contract Agreement |
| 802 | Sunterra Corporation | Bankruptcy Services LLC Services Agreement |
| 80 | Sunterra Corporation | Bellsouth Mobility |
| 164 | Sunterra Corporation | Bent Creek Reciprocal Rights Agreement |
| 558 | Sunterra Corporation | Best Pest Control Service Agreement |
| 414 | RMI | Bradshaw Brothers SubLease Agreement |
| 653 | AKGI St. Maarten, N.V. | Bunchie's Garage & Trucking N.V. |
| 495 | AKGI St. Maarten, N.V. | C. H. Pest Control Contract |
| 434 | AKGI St. Maarten, N.V. | C.H. Pest Control Agreement |
| 239 | Sunterra Corporation | Cahners Travel Group Advertising Contract |
| 813 | Sunterra Resorts | Camelot International |
| 814 | Sunterra Resorts | Camelot International |
| 409 | RMI | Canyon Portals Amendment to Lease |
| 199 | All Season Resorts | Canyon Portals Lease Agreement |
| 670 | RMI, Inc. | Charter Communications |
| 343 | Sunterra Corporation | Charter Communications Entertainment and Bulk Rate Agreement for Cable |
| 142 | Sunterra Financial Services, Inc. | Concord Servicing Agreement |
| 197 | AKGI St. Maarten, N.V. | Courtwell Management Lease Agreement |
| 644 | Sunterra Resorts/Sedona Summit Resort | Creative Design Concepts |
| 273 | Sunterra Financial Services, Inc. | Danka Equipment Maintenance Agreement |
| 168 | Sunterra Corporation | Dexron Investments |
| 386 | RMI | Don Hopkins Lease Modification Agreement |
| 413 | RMI | Earnshaw Investors, Ltd. Lease Agreement |

Sunterra Corporation
Assumed Executory Contracts
As of July 22, 2002

| Contract Number | Entity | Main File Name |
|---|---|---|
| 671 | Resort Marketing International, Inc. | EVR – Lake Tahoe Management Agreement |
| 387 | RMI | Falcon Land Company Lease Agreement |
| 388 | RMI | Felsot Lease Agreement |
| 379 | Sunterra Corporation | Fidelity Leasing Equipment Lease Agreement – 001-0012048-001 Corp. |
| 279 | Sunterra Corporation | Finova Servicing Agreement |
| 133 | Bent Creek Golf Village | Five Star Communications Management Agreement |
| 421 | All Seasons Realty, Inc. | Fournos Restaurant Voucher Agreement |
| 393 | Sunterra Corporation | Gardening Angels Landscape Maintenance Agreement |
| 740 | Sunterra Resorts | GE Capital Equipment Lease Agreement Contract No. 6875178-001 |
| 489 | Sunterra Corporation | Golf Holidays International Advertising Agreement |
| 218 | Sunterra Corporation | Golf Market Agreement |
| 193 | AKGI St. Maarten, N.V. | Heytex Lease Agreement |
| 679 | Sunterra Corporation | IKON Office Solutions – Copy Care Contract EVR Lake Tahoe |
| 391 | RMI | Ingersoll/Boisse Associates Agreement |
| 680 | Sunterra Corporation (Harich Tahoe Development) | IOS Capital – EVR Lake Tahoe |
| 38 | Sunterra Corporation | K.K. Sunterra Japan Inventory Rental/License Agreement |
| 416 | RMI | Lantex Builders Lease Agreement |
| 336 | Sunterra Corporation | Lucent – Newcourt Communications Master Equipment Lease Agreement |
| 418 | RMI | Maria's Restaurant Voucher Agreement |
| 354 | Sunterra Corporation | Metro Communications Production Agreement |
| 320 | Sunterra Corporation | Morgan, the Dukes Lease Agreement – 2nd modification |
| 206 | Sunterra Corporation | Network 21 Phone Agreement |
| 411 | RMI | Oak Creek Factory Outlet Lease |
| 579 | Sunterra Resorts | One of One, Inc. |
| 69 | Sunterra Corporation | OUC Commercial Electric Service Agreement |

Sunterra Corporation
Assumed Executory Contracts
As of July 22, 2002

| Contract Number | Entity | Main File Name |
|---|---|---|
| 655 | AKGI St. Maarten, N.V. | Phimaca N.V. d/b/a Hertz |
| 395 | RMI | Pitney Bowes Equipment Lease |
| 350 | Sunterra Corporation | Pitney Bowes Lease Agreement |
| 691 | Sunterra Corporation | Property Technologies, LTD |
| 52 | Sunterra Corporation | Public Storage Rental Agreement |
| 448 | RMI | Quality Inn Historic Contract |
| 654 | AKGI St. Maarten, N.V. | Quality Pools – Pool Service Contract |
| 332 | Sunterra Corporation | RE/MAX Exclusive Buyer Agency Agreement |
| 673 | The Ridge Pointe Resort | Ridge Pointe – II Space Agreement |
| 424 | RMI | Roberts Creekside Voucher Agreement |
| 389 | RMI | Rollies Camera Shop Lease Agreement |
| 262 | Sunterra Corporation | RSI – Master Service Agreement |
| 645 | Sunterra Resorts/Sedona Summit | Schaller Construction |
| 499 | Sunterra Corporation | Scott Robins Construction Agreement |
| 204 | Sunterra Corporation | Seaside Vending Agreement |
| 412 | RMI | Sedona Centre Development Group Lease Agreement |
| 15 | RMI | Sedona Centre Lease Agreement Modification |
| 436 | AKGI St. Maarten, N.V. | Shell Antilles Supply Agreement |
| 194 | AKGI St. Maarten, N.V. | Ship Wreck Club Lease Agreement |
| 198 | AKGI St. Maarten, N.V. | Shipwreck Shop Lease Agreement |
| 415 | RMI | Sinagua Plaza Associates Lease Agreement |
| 751 | Sunterra Corporation | Software Agreement/Microsoft |
| 796 | RMI, Inc./First American Tour & Travel | Spinnaker Development Corp. |
| 873 | AKGI-St. Maarten | St. Maarten Island Territory Ground Lease (Royal Palm) |
| 716 | AKGI-St. Maarten (Flamingo & Royal Palm) | St. Maarten Telephone Company |
| 840 | Sunterra Corporation | St. Maarten Timeshare Owners |
| 417 | RMI | The Cowboy Club Voucher Agreement |
| 422 | RMI | The Grille At Shadow Rock Voucher Agreement |

Sunterra Corporation
Assumed Executory Contracts
As of July 22, 2002

| Contract Number | Entity | Main File Name |
|---|---|---|
| 423 | All Seasons Realty, Inc. | The Marketplace Café Voucher Agreement |
| 183 | RMI | Torsion, Inc. Lease Agreement |
| 292 | Sunterra Corporation | Transamerica Master Lease Agreement |
| 874 | All Seasons Resorts, Inc. (AZ) | Villas at Poco Diablo Ground Leases |
| 756 | Resort Marketing International, Inc. | Villa at Poco Diablo Owners' Association |
| 750 | Resort Marketing International, Inc. | Villas of Sedona Owners' Association |
| 848 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – 1998-A |
| 852 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-A |
| 855 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-B |
| 866 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – Blue Bison Facility |
| 846 | Sunterra Corporation | Oracle Software License & Service Agreement |
| 859 | Sunterra Corporation | UBOC, International Escrow and Schreeder Wheeler & Flint Custody and Escrow Agreement |
| 110 | Sunterra Corporation | BellSouth Telecommunications |
| 296 | RMI | Hollywood Wax Museum Lease Agreement |
| 457 | Sunterra Corporation | Resort Computer Corporation Software License Agreement |
| 868 | Sunterra Corporation | Poipu Resort Partners, LP Partnership Agreement |
| 869 | Sunterra Corporation | CIT Communications Finance Corporation |

1447804v1A

Advanta Business Services, Corp.
Attn: Marguerite K. Hall, Bncy. Mgr.
Voorhees, NJ 08043

Alarmco Agreement
2007 Las Vegas Boulevard South,
Las Vegas, NV 89104

Americanada Wholesale Contract
Agreement
139 Sauve Street
Montreal, Quebec H3L 1Y4
CANADA

Bellsouth Mobility
5201 Congress Avenue
Boca Raton, FL 33487

Bellsouth Telecommunication, Inc.
500 N. Orange Ave.
Orlando, FL 32801

Bent Creek Golf Course
Mark Wallace
3919 E. Parkway
Gatlinburg, TN 37738

Best Pest Control Service Agreement
P.O. Box 677546,
Orlando, FL 32867

Bradshaw Brothers Sublease
Agreement
P.O. Box 10867
Sedona, AZ 86336

Bunchie's Garage & Trucking N.V.
7 Richmond Drive, Cole Bay
St. Maarten, NETHERLAND
ANTILLES

Cahners Travel Group Advertising
Contract
1357 Kapiolani Blvd, Suite 1015
Honolulu, HI 96814

Camelot International
25 Letchworth Road
Luton, Bedfordshire UNITED
KINGDOM

Canyon Portals Lease Agreement
C/O Al Spector, Esquire
6900 East Camelback Rd. Suite 640
Scottsdale, AZ 85251

Charter Communications
P O Box 2265
Memphis, TN 38101-2265

CIT Group, The
P.O. Box 30002
Charlotte, NC 28230-0002

Concord Servicing Corporation
Attn: Frederick G. Pink
656 N. Scottsdale Rd., #G-1
Scottsdale, AZ 85253

Courtwell Management Lease
Agreement
P.O. Box 3012
Simpson Bay, St. Maarten,
NETHERLANDS ANTILLES

Creative Design Concepts
2245 First Street, Suite 106
Simi Valley, CA 93065

Dan Danka Funding Corp/DBS
Funding LLC
Attn: Lisa Schmiedeskamp
18 Overcenter Drive
Moberly, MO 65270

Dexron Investments
4532 West Kennedy Blvd., 201
Tampa, FL 33609

Don Hopkins
PO Box 1069
Sedona, AZ 86336

Earnshaw Investors, Ltd. Lease
Agreement
Ilene Jensen, 200 Disney Lane
Sedona, AZ 86336

EVR Lake Tahoe
901 Ski Run Blvd
Lake Tahoe, CA 96150

Falcon Land Company, L.L.C.
C/O Samuel M. Woodruff
Murphy & Posner, 32 E. Camelback
Rd., Ste 3
Phoenix, AZ 85018

Felsot Lease Agreement
P.O. Box 2273
Sedona, AZ 86339

Fidelity Leasing, Inc.
1255 Wrights Lane
West Chester, PA 19380

Finova Services And Fees Agreement
7272 E. Indian School Blvd Suite 410
Scottsdale, AZ 85251

Five Star Communications
Management Agreement
P.O. Box 330
Boones Mill, VA 24065

Fournos Restaurant
PO Box 3748
Sedona, AZ 86340

Gardening Angels Landscape
Maintenance Agreement
480 Northview Road
Sedona, AZ 86336

GE Capital Equip. Lease Agreement
416 South Jefferson
Springfield, MO 65806

Golf Holidays
10815 Rancho Bernardo Rd.
Suite 320

Golf Marketing
16446 E Tombstone

Grille At Shadow Rock
Double Tree Sedona
90 Ridge Trail Dr

| | | |
|---|---|---|
| Hollywood Wax Museum<br>3030 W Hwy 76<br>Branson,, MO 65616 | Ikon Office Solution Lease Agreement<br>4780 N. Orange Blossom Trail<br>Orlando, FL 32810 | Ingersoll/Bosse Insertion Agreement<br>413 Desert Poppy Drive<br>Sedona, AZ 86336 |
| IOS Capital - EVR Lake Tahoe<br>1301 Corporte Boulevard<br>Reno, NV 89502 | Lantex Builders Lease Agreement<br>P.O. Box 1452<br>Sedona, AZ 86336 | LaSalle Bank NA<br>C/O John Robert Weiss, Esquire<br>Katten Muchin Zavis Rosenman<br>525 W Monroe St<br>Chicago, IL 60661 |
| Metro Communications Production Agreement<br>424 Duke Of Gloucester Street<br>Williamsburg, VA 23185 | Newcourt Communications Finance Corp.<br>2 Gatehall Drive<br>Parsippany, NJ 07054 | Oak Creek Factory Outlet Lease<br>Oak Creek Outlets, Ltd.,<br>100 East Pratt Street, 18th Floor<br>Baltimore, MD 21203 |
| One Of One, Inc.<br>7456 Sunnyside View<br>Leesburg, FL 34748 | Oracle Corporation<br>2502 Rocky Point Drive<br>Suite 600<br>Tampa, FL 33607 | OUC Commercial Electric Service Agreement<br>500 South Orange Avenue<br>Orlando, FL 32801 |
| Phimaca N.V. D/B/A Hertz<br>#56 Airport Road<br>St. Maarten, NETHERLAND ANTILLES | Pitney Bowes Lease Agreement<br>27 Waterview Drive<br>Shelton, CT 06484 | Poipu Resort Partners, LP<br>Jowen Perius<br>1941 Poipu Road, Ste. 2A<br>Koloa, HI 96746 |
| Polar Bear Corporation D/B/A Cowboy Club<br>241 North Hwy 89a<br>Sedona, AZ 86336 | Property Technologies, Ltd.<br>6501 Dickern Place<br>Richmond, VA 23230 | Public Storage Rental Agreement<br>900 S. Kirkman Road<br>Orlando, FL 32811 |
| Quality Inn Historic Contract<br>1402 Richmond Road<br>Williamsburg, VA 23187 | Quality Pools – Pool Service Contract<br>85C Welfare Road<br>, St. Maarten NETHERLAND ANTILLES | RE/MAX Of Texas Marketing Products Agreement<br>1480 Main Street<br>Gardnesville, NV 89502 |
| Resort Computer Corporation License Agreement<br>12596 West Bayaud Avenue<br>Suite 200<br>Lakewood, CO 80228 | Ridge Pointe – II Space Agreement<br>6262 Sunset Drive<br>Penthouse One<br>Miami, FL 33143 | Roberts Creekside Café & Grill<br>251 Hwy 179 Suite 5B<br>Sedona, AZ 86336 |
| Rollies Camera Shop Lease Agreement<br>P.O. Box 934<br>Sedona, AZ 86339 | Schaller Construction<br>18124 Wedge Parkway #410<br>Reno, NV 98511 | Scott Robins Construction Agreement<br>230 Fifth Street<br>Miami Beach, FL 33139 |
| Sedona Centre Development Group Lease Agreement<br>.O. Box 4106<br>Sedona, AZ 86340 | Shell Antilles Supply Agreement<br>Cole Bay, St. Maarten<br>NETHERLAND ANTILLES | Shipwreck Shop Lease Agreement<br>PO Box 9 Windsor Rd<br>Philipsburg, St. Maarten<br>NETHERLAND ANTILLES |
| Sinagua Plaza Associates Lease Agreement<br>796 W. 9th Street | Software Agreement/Microsoft<br>6100 Neil Road, Suite 210 | Spinnaker Development Corp.<br>1494 State Highway 248<br>Suite D |

| | | |
|---|---|---|
| St. Maarten Island Laboratory<br>University Blvd<br>Philipsburg, ST. MAARTEN<br>NETHERLAND ANTILLES | St. Maarten Telephone Company<br>C.A. Cannegieter Street #26<br>St. Maarten, NETHERLAND ANTILLES | St. Margaret Of The Voucher Agreement<br>6645 S. Highway 179 C-7<br>Sedona, AZ 86351 |
| Torsion, Inc. Lease Agreement<br>1408 Richmond Road<br>Williamsburg, VA 23185 | Transamerica Master Lease Agreement<br>5595 Trillium Boulevard<br>Hoffman Estates, IL 60192 | Villa At Poco Diablo Owners' Association<br>23212 Mill Creek Dr.<br>Laguna Hills, CA 92653 |
| Villas Of Sedona Owners' Association<br>23212 Mill Creek Dr.<br>Laguna Hills, CA 92653 | Maria's Restaurant & Cantina<br>Martin Galverz Ramos<br>6446 Highway 179, Suite 212<br>Sedona, AZ 96351 | CH Pest Control<br>Marianne Estate #26<br>Cole Bay, St. Maarten<br>NETHERLAND ANTILLES |

1443489