# EXHIBIT 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SUNTERRA CORPORATION, et al., | * | Case Nos. 00-5-6931-JS through 00-5-6967-JS, 00-5-8313-JS, and |
| Debtors. | * | 00-6-3718-JS |
| | * | (Chapter 11) |
| | | (Jointly Administered |
| | * | under Case No. 00-5-6931-JS) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE FILING SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICE AND MOTION TO ESTABLISH CURE AMOUNTS FOR CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED PURSUANT TO THE THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION OF SUNTERRA CORPORATION AND AFFILIATED DEBTORS, AS AMENDED

Sunterra Corporation, through counsel, files a Supplemental Certificate of Service of

Notice and Motion to Establish Cure Amounts for Certain Executory Contracts and Unexpired

Leases Assumed Pursuant to the Third Amended and Restated Joint Plan of Reorganization of

Sunterra Corporation and Affiliated Debtors, as Amended, attached hereto as **Exhibit A.**

Stephen F. Fruin, Bar No. 08456
Cameron J. Macdonald, Bar No. 25362
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

# **<u>Exhibit A</u>**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SUNTERRA CORPORATION, <u>et al.</u>, | * | Case Nos. 00-5-6931-JS through 00-5-6967-JS, 00-5-8313-JS, and |
| Debtors. | * | 00-6-3718-JS |
| | * | (Chapter 11) (Jointly Administered |
| | * | under Case No. 00-5-6931-JS) |

\*    \*    .\*    \*    \*    \*    \*    \*    .\*    \*    \*    \*    \*    \*    \*

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICE AND MOTION TO ESTABLISH CURE AMOUNTS FOR CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED PURSUANT TO THE THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION OF <u>SUNTERRA CORPORATION AND AFFILIATED DEBTORS, AS AMENDED</u>**

I certify that on this 8th day of January, 2003, copies of a Motion to Establish Cure Amounts for Certain Executory Contracts and Unexpired Leases Assumed Pursuant to the Third Amended and Restated Joint Plan of Reorganization of Sunterra Corporation and Affiliated Debtors, as Amended (the "Plan") (the "Motion") and Notice thereof, attached hereto as **Exhibit 1**, were re-served and served, via first class mail, postage pre-paid, upon the persons on the attached service list. Pursuant to the terms of the Plan, objections to the Motion are due within fifteen (15) days of the date of service of the Motion.

Cameron J. Macdonald, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

## Service List

Gary R. Stamm, Assistant Secretary
RCI Technology Corp. f/k/a
Resort Computer Corporation
9998 North Michigan Road
Carmel, Indiana 46032

Jay A. Shulman, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, Maryland 21201

Mark R. Wenzel, Esquire
Krieg DeVault, LLP
2800 One Indiana Square
Indianapolis, Indiana 46204-2017

Corporation Service Company
1560 Broadway
Denver, Colorado 80202

# **<u>Exhibit 1</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| SUNTERRA CORPORATION, et al., | * | Case Nos. 00-5-6931-JS through |
| | | 00-5-6967-JS, 00-5-8313-JS, and |
| Debtors. | * | 00-6-3718-JS |
| | * | |
| | | (Chapter 11) |
| | * | (Jointly Administered |
| | * | under Case No. 00-5-6931-JS) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION TO ESTABLISH CURE AMOUNTS FOR CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED PURSUANT TO THE THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION OF SUNTERRA CORPORATION AND AFFILIATED DEBTORS, AS AMENDED

PLEASE TAKE NOTICE that on August 28, 2002, Sunterra Corporation, et al., debtors (collectively, the "Debtors" or "Sunterra"), filed a Motion to Establish Cure Amounts for Certain Executory Contracts and Unexpired Leases Assumed Pursuant to the Confirmed Third Amended and Restated Joint Plan of Reorganization of Sunterra Corporation and Affiliated Debtors, As Amended (the "Motion"). As set forth in the Motion, the Debtors intend to assume certain executory contracts and unexpired leases pursuant to Sunterra's Third Amended and Restated Joint Plan of Reorganization of Sunterra Corporation and Affiliated Debtors, As Amended (the "Plan").

PLEASE TAKE FURTHER NOTICE that you have been identified as a party to one or more of the contracts or leases that may be assumed pursuant to the Plan (the "Assumed Obligations"). Attached as **Exhibit 1** to the Motion is a list of all such contracts or leases that are currently proposed to be assumed by the Debtors. Exhibit 1 to the Motion further sets forth any amounts, defaults, conditions or pecuniary losses the Debtors believe must be cured or satisfied under any of the Assumed Obligations as of July 29, 2002, the date that the Debtors emerged from bankruptcy protection, in order for such contract to be assumed (a "Cure Obligation").

PLEASE TAKE FURTHER NOTICE THAT ANY PARTY SEEKING TO ASSERT THAT ANY CURE OBLIGATION IS INCORRECT MUST FILE AN OBJECTION ("CURE OBJECTION") SETTING FORTH WITH SPECIFICITY ANY AND ALL CURE OBLIGATIONS WHICH SUCH PARTY ASSERTS MUST BE CURED OR SATISFIED WITH RESPECT TO SUCH ASSUMED OBLIGATION, AND THE BASIS THEREFOR. THE CURE OBJECTION MUST BE FILED WITH THE BANKRUPTCY COURT NOT LATER THAN SEPTEMBER 12, 2002 (THE "CURE OBJECTION DEADLINE").

PLEASE TAKE FURTHER NOTICE that unless a Cure Objection is filed and served by a party to an Assumed Obligation by the Cure Objection Deadline and any previously established deadline relating to claims arising from assumption of executory contracts and unexpired leases, such party shall be deemed to have waived and released any such Cure Obligation and shall be forever barred and estopped from asserting or claiming against the Debtors or any assignee of the relevant Assumed Obligation that any additional amounts are owed or any defaults exist under such Assumed Obligation for the period prior to July 29, 2002.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to satisfy any obligations incurred after July 29, 2002, in the ordinary course of business.

PLEASE TAKE FURTHER NOTICE that Cure Objections **MUST** set forth the cure amount the objector asserts is due, the specific types and dates of the alleged defaults, pecuniary losses and other conditions to assignment, and the support therefor.

PLEASE TAKE FURTHER NOTICE that hearings with respect to Cure Objections may be held at such date as the Bankruptcy Court may designate.

PLEASE TAKE FURTHER NOTICE THAT THE CURE OBJECTIONS MUST BE FILED WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, U.S. COURTHOUSE, 101 WEST LOMBARD STREET, BALTIMORE, MARYLAND 21201, AND SIMULTANEOUSLY SERVED ON THE UNDERSIGNED BY SEPTEMBER 12, 2002.

If there is no dispute as to your Cure Obligation, you will be paid pursuant to the Plan. If you dispute your Cure Obligation, the Debtors reserve the right to reject your agreement without further order of the Bankruptcy Court at any time that is no later than five business days after the date that the Bankruptcy Court enters an order resolving the disputed Cure Obligation.

You may contact the undersigned with any inquiries.

Dated: August 28, 2002.

Stephen F. Fruin, Bar No. 08456
Cameron J, Macdonald, Bar No. 25362
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700

Co-Counsel for the Debtors,
Sunterra Corporation *et al.*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 2002, a copy of the foregoing Notice was sent by U.S. mail, first class postage prepaid to all parties on the attached Service List. The pleadings as served upon the parties excluded a copy of the attached Service List in order to expedite copying and transmittal. Any party desiring a copy of the pleadings with the Service List attached may contact the undersigned counsel or may review the original documents at the Clerks' Office.

Cameron J. Macdonald

1443327

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SUNTERRA CORPORATION, et al., | * | Case Nos. 00-5-6931-JS through 00-5-6967-JS, 00-5-8313-JS, and |
| Debtors. | * | 00-6-3718-JS |
| | * | (Chapter 11) |
| | * | (Jointly Administered under Case No. 00-5-6931-JS) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO ESTABLISH CURE AMOUNTS FOR CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED PURSUANT TO THE THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION OF SUNTERRA CORPORATION AND AFFILIATED DEBTORS, AS AMENDED

Sunterra Corporation, *et al.* (collectively, "Sunterra"), by their undersigned counsel, submit this Motion to Establish Cure Amounts for Certain Executory Contracts and Unexpired Leases Assumed Pursuant to the Confirmed Third Amended and Restated Joint Plan of Reorganization of Sunterra Corporation and Affiliated Debtors, As Amended (the "Motion"). In support of the Motion, Sunterra respectfully represents as follows:

### Introduction

1.     By this Motion, Sunterra seeks to establish the amounts necessary to cure defaults ("Cure Obligations") under certain executory contracts and unexpired leases assumed (collectively, the "Assumed Obligations") pursuant to the Third Amended and Restated Joint Plan of Reorganization of Sunterra Corporation and Affiliated Debtors, As Amended (as confirmed, the "Plan"). The Plan provides that all executory contracts and unexpired leases were rejected as of the Plan's Effective Date, as defined in the Plan, unless specifically assumed, either individually or by category, or set forth as an exclusion to the rejection provision in the Plan.

## Jurisdiction

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    The statutory predicates for the relief requested herein are Rule 6006(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and §§ 105 and 365 of title 11 of the United States Code, §§ 101, et seq. (the "Bankruptcy Code").

## The Chapter 11 Reorganization Proceedings

4.    On May 31, 2000, Sunterra Corporation and thirty-six of its affiliates each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On June 30, 2000, a 37th affiliate of Sunterra, Design International-RMI, Inc. ("Design"), and on November 1, 2000, a 38th affiliate of Sunterra, Resorts Development International, Inc. ("RDI"), filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The debtors continued in the possession of their respective properties and the management of their respective businesses as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

5.    On June 15, 2000, the United States Trustee appointed an official committee of unsecured creditors (the "Creditors' Committee") in these chapter 11 cases. No trustee or examiner was appointed in Sunterra's chapter 11 cases. At a hearing on June 20, 2002, the Court confirmed Sunterra's Plan, and the Effective Date of the Plan occurred on July 29, 2002.

## Sunterra and Its Business Operations

6.    As of the Petition Date, Sunterra Corporation owned or controlled, directly or indirectly, in excess of one hundred fifty subsidiaries and partnerships (the "Affiliates," and collectively with Sunterra Corporation, the "Company"). Thirty-eight (38) of the Affiliates, as well as Sunterra Corporation, were debtors and debtors in possession herein. The remaining

2

Affiliates continued to operate their respective businesses outside the protection of the Bankruptcy Code.

7.    The Company is one of the world's largest vacation ownership (commonly known as "timeshares") companies, having numerous resort locations and owner families (collectively, the "Timeshare Holders") in North America, Europe, the Pacific and the Caribbean.[1]

### Relief Requested

8.    Pursuant to Section 8.2 of the Plan, Sunterra must file a pleading advising parties to assumed executory contracts and unexpired leases of cure obligations owed by the debtors in the above-captioned cases pursuant to section 365 of the Bankruptcy Code. Sunterra intends to assume approximately 76 executory contracts and lease agreements pursuant to the Plan. A list containing a description of each of the Assumed Obligations, along with the corresponding Cure Obligation, is attached as **Exhibit A.**

9.    Accordingly, Sunterra requests that this Court enter an order, pursuant to Bankruptcy Rule 6006 and 11 U.S.C. §§ 105 and 365, establishing the Cure Obligations for the Assumed Obligations.

### Procedure for Establishing Cure Amounts

10.    Sunterra has served by first class mail, this Motion on all known parties to the Assumed Obligations along with a notice of this Motion (the "Notice").

---

[1]    The Company's operations consist of a number of businesses including, among others:  (a) the marketing and sale to the public at the Company's resort locations and off-site sales centers of (i) vacation ownership interests, which entitle the purchaser to use a fully-furnished vacation residence, generally for a one-week period each year in perpetuity, which are known as "vacation intervals", and (ii) "vacation points", which may be redeemed for occupancy rights for varying lengths of stay at participating resort locations (collectively, the "Vacation Interests"); (b) the acquisition, development and operation of vacation ownership resorts; (c) the provision of collateralized consumer financing to individual purchasers for the purchase of Vacation Interests at the Company's resort locations and off-site sales centers; and (d) the provision of resort rental, management, maintenance and collection services for which the Company receives fees paid by the resorts' homeowners' associations. The sale of Vacation Interests generally include a deeded fee-simple interest in each particular unit.

11.    The Notice states, among other things, that (i) Sunterra successfully reorganized and emerged from bankruptcy protection on July 29, 2002, (ii) Sunterra is assuming the contract or lease of each party receiving the Motion and Notice, (iii) in connection with the assumption, Sunterra is required to "cure" any defaults that may have existed before Sunterra emerged from bankruptcy, (iv) the Plan requires that Sunterra notify the recipient of any obligation Sunterra may have under the Assumed Obligation, (v) Sunterra must be notified of any objection to the Cure Obligation by a date that is 15 days from service of the Notice and Motion and such objection must be filed with the Bankruptcy Court within the same time period, and (vi) Sunterra intends to satisfy any obligations incurred after July 29, 2002, in the ordinary course of business.

### Conclusion

**WHEREFORE,** Sunterra respectfully requests that the Court enter an order: (i) establishing the Cure Obligations as described in Exhibit A to this Motion; and (ii) granting related relief.

WHITEFORD, TAYLOR & PRESTON, L.L.P.

Stephen F. Fruin, Bar No. 08456
Cameron J. Macdonald, Bar No. 25362
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-8700

Co-Counsel for Sunterra Corporation *et al.*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 2002, copies of the foregoing pleading and a proposed order were sent by overnight delivery, to all parties on the attached Service List. The pleadings as served upon the parties excluded a copy of the attached Service List in order to expedite copying and transmittal. Any party desiring a copy of the pleadings with the Service List attached may contact the undersigned counsel or may review the original documents at the Clerk's Office.

Cameron J. Macdonald

# __Exhibit 1__

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| 805 | RMI | Advanta Business Services | $0 |
| 355 | AKGI St. Maarten, N.V. | AKGI St. Maarten & Briella Lease Agreement | $6,939 |
| 270 | Sunterra Corporation | Alarmco Agreement | $880 |
| 483 | Sunterra Corporation | Americanada Wholesale Contract Agreement | $0 |
| 802 | Sunterra Corporation | Bankruptcy Services LLC Services Agreement | $0 |
| 80 | Sunterra Corporation | Bellsouth Mobility | $39 |
| 164 | Sunterra Corporation | Bent Creek Reciprocal Rights Agreement | $0 |
| 558 | Sunterra Corporation | Best Pest Control Service Agreement | $0 |
| 414 | RMI | Bradshaw Brothers SubLease Agreement | $0 |
| 653 | AKGI St. Maarten, N.V. | Bunchie's Garage & Trucking N.V. | $0 |
| 495 | AKGI St. Maarten, N.V. | C. H. Pest Control Contract | $0 |
| 434 | AKGI St. Maarten, N.V. | C.H. Pest Control Agreement | $0 |
| 239 | Sunterra Corporation | Cahners Travel Group Advertising Contract | $0 |
| 813 | Sunterra Resorts | Camelot International | $0 |
| 814 | Sunterra Resorts | Camelot International | $0 |
| 409 | RMI | Canyon Portals Amendment to Lease | $0 |
| 199 | All Season Resorts | Canyon Portals Lease Agreement | $0 |
| 670 | RMI, Inc. | Charter Communications | $0 |
| 343 | Sunterra Corporation | Charter Communications Entertainment and Bulk Rate Agreement for Cable | $0 |
| 142 | Sunterra Financial Services, Inc. | Concord Servicing Agreement | $0 |
| 197 | AKGI St. Maarten, N.V. | Courtwell Management Lease Agreement | $5,923 |
| 644 | Sunterra Resorts/Sedona Summit Resort | Creative Design Concepts | $0 |

8/27/2002

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| 273 | Sunterra Financial Services, Inc. | Danka Equipment Maintenance Agreement | $0 |
| 168 | Sunterra Corporation | Dexron Investments | $0 |
| 386 | RMI | Don Hopkins Lease Modification Agreement | $0 |
| 413 | RMI | Earnshaw Investors, Ltd. Lease Agreement | $0 |
| 671 | Resort Marketing International, Inc. | EVR – Lake Tahoe Management Agreement | $0 |
| 387 | RMI | Falcon Land Company Lease Agreement | $0 |
| 388 | RMI | Felsot Lease Agreement | $0 |
| 379 | Sunterra Corporation | Fidelity Leasing Equipment Lease Agreement – 001-0012048-001 Corp. | $0 |
| 279 | Sunterra Corporation | Finova Servicing Agreement | $0 |
| 133 | Bent Creek Golf Village | Five Star Communications Management Agreement | $0 |
| 421 | All Seasons Realty, Inc. | Fournos Restaurant Voucher Agreement | $742 |
| 393 | Sunterra Corporation | Gardening Angels Landscape Maintenance Agreement | $0 |
| 740 | Sunterra Resorts | GE Capital Equipment Lease Agreement Contract No. 6875178-001 | $0 |
| 489 | Sunterra Corporation | Golf Holidays International Advertising Agreement | $2,898 |
| 218 | Sunterra Corporation | Golf Market Agreement | $0 |
| 193 | AKGI St. Maarten, N.V. | Heytex Lease Agreement | $0 |
| 679 | Sunterra Corporation | IKON Office Solutions – Copy Care Contract EVR Lake Tahoe | $6,402 |
| 391 | RMI | Ingersoll/Boisse Associates Agreement | $0 |
| 680 | Sunterra Corporation (Harich Tahoe Development) | IOS Capital – EVR Lake Tahoe | $0 |
| 38 | Sunterra Corporation | K.K. Sunterra Japan Inventory | $0 |

8/27/2002

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| | | Rental/License Agreement | |
| 416 | RMI | Lantex Builders Lease Agreement | $0 |
| 870 | Sunterra Corporation | LaSalle Bank National Association, Sunterra Finance, LLC, and Signature Resorts, Inc. Indenture dated 5/1/98 | $0 |
| 871 | Sunterra Corporation | LaSalle Bank National Association, TerraSun, LLC, and Sunterra Financial Services, Inc. Indenture dated 3/31/99 | $0 |
| 872 | Sunterra Corporation | LaSalle Bank National Association, Dutch Elm, LLC and Sunterra Financial Services, Inc. Indenture dated 12/1/99 | $0 |
| 336 | Sunterra Corporation | Lucent – Newcourt Communications Master Equipment Lease Agreement | $0 |
| 418 | RMI | Maria's Restaurant Voucher Agreement | $0 |
| 354 | Sunterra Corporation | Metro Communications Production Agreement | $0 |
| 320 | Sunterra Corporation | Morgan, the Dukes Lease Agreement – 2nd modification | $0 |
| 206 | Sunterra Corporation | Network 21 Phone Agreement | $0 |
| 411 | RMI | Oak Creek Factory Outlet Lease | $0 |
| 579 | Sunterra Resorts | One of One, Inc. | $0 |
| 69 | Sunterra Corporation | OUC Commercial Electric Service Agreement | $0 |
| 655 | AKGI St. Maarten, N.V. | Phimaca N.V. d/b/a Hertz | $0 |
| 395 | RMI | Pitney Bowes Equipment Lease | $0 |
| 350 | Sunterra Corporation | Pitney Bowes Lease Agreement | $0 |
| 691 | Sunterra Corporation | Property Technologies, LTD | $0 |
| 52 | Sunterra Corporation | Public Storage Rental Agreement | $0 |
| 448 | RMI | Quality Inn Historic Contract | $0 |
| 654 | AKGI St. Maarten, N.V. | Quality Pools – Pool Service Contract | $0 |
| 332 | Sunterra Corporation | RE/MAX Exclusive Buyer Agency Agreement | $0 |

8/27/2002

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| 673 | The Ridge Pointe Resort | Ridge Pointe – II Space Agreement | $7,820 |
| 424 | RMI | Roberts Creekside Voucher Agreement | $2,316 |
| 389 | RMI | Rollies Camera Shop Lease Agreement | $0 |
| 262 | Sunterra Corporation | RSI – Master Service Agreement | $0 |
| 645 | Sunterra Resorts/Sedona Summit | Schaller Construction | $0 |
| 499 | Sunterra Corporation | Scott Robins Construction Agreement | $0 |
| 204 | Sunterra Corporation | Seaside Vending Agreement | $0 |
| 412 | RMI | Sedona Centre Development Group Lease Agreement | $0 |
| 15 | RMI | Sedona Centre Lease Agreement Modification | $0 |
| 436 | AKGI St. Maarten, N.V. | Shell Antilles Supply Agreement | $0 |
| 194 | AKGI St. Maarten, N.V. | Ship Wreck Club Lease Agreement | $0 |
| 198 | AKGI St. Maarten, N.V. | Shipwreck Shop Lease Agreement | $0 |
| 415 | RMI | Sinagua Plaza Associates Lease Agreement | $0 |
| 751 | Sunterra Corporation | Software Agreement/Microsoft | $0 |
| 796 | RMI, Inc./First American Tour & Travel | Spinnaker Development Corp. | $0 |
| 873 | AKGI-St. Maarten | St. Maarten Island Territory Ground Lease (Royal Palm) | $0 |
| 716 | AKGI-St. Maarten (Flamingo & Royal Palm) | St. Maaarten Telephone Company | $0 |
| 840 | Sunterra Corporation | St. Maarten Timeshare Owners | $0 |
| 417 | RMI | The Cowboy Club Voucher Agreement | $0 |
| 422 | RMI | The Grille At Shadow Rock Voucher Agreement | $0 |
| 423 | All Seasons Realty, Inc. | The Marketplace Café Voucher Agreement | $0 |
| 183 | RMI | Torsion, Inc. Lease Agreement | $0 |
| 292 | Sunterra Corporation | Transamerica Master Lease Agreement | $0 |

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| 874 | All Seasons Resorts, Inc. (AZ) | Villas at Poco Diablo Ground Leases | $0 |
| 756 | Resort Marketing International, Inc. | Villa at Poco Diablo Owners' Association | $0 |
| 750 | Resort Marketing International, Inc. | Villas of Sedona Owners' Association | $0 |
| 848 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – 1998-A | $0 |
| 852 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-A | $0 |
| 855 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-B | $0 |
| 866 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – Blue Bison Facility | $0 |
| 847 | Sunterra Corporation | LaSalle National Bank 1998-A Servicing Agreement | $0 |
| 850 | Sunterra Financial Services | LaSalle National Bank 1999-A Servicing Agreement | $0 |
| 853 | Sunterra Financial Services | LaSalle National Bank 1999-B Servicing Agreement | $0 |
| 863 | Sunterra Corporation | LaSalle, AKGI Saint Marten and Signature Resorts Custody Agreement | $0 |
| 862 | Sunterra Corporation | LaSalle, B of A and Sunterra Custody Agreement | $0 |
| 858 | Harich Tahoe Developments | LaSalle, Nations Bank and Harich Tahoe Developments Custody Agreement | $0 |
| 860 | Sunterra Corporation | LaSalle, UBOC and Sunterra Custody Agreement | $0 |
| 846 | Sunterra Corporation | Oracle Software License & Service Agreement | $0 |
| 859 | Sunterra Corporation | UBOC, International Escrow and Schreeder Wheeler & Flint Custody and Escrow Agreement | $0 |
| 110 | Sunterra Corporation | BellSouth Telecommunications | $0 |
| 296 | RMI | Hollywood Wax Museum Lease Agreement | $0 |

8/27/2002

Sunterra Corporation
Assumed Executory Contracts

| 457 | Sunterra Corporation | Resort Computer Corporation License Agreement | $0 | |
|-----|---------------------|----------------------------------------------|-----|---|
| 868 | Sunterra Corporation | Poipu Resort Partners, LP Partnership Agreement | $0 | |
| 869 | Sunterra Corporation | CIT Communications Finance Corporation | $0 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SUNTERRA CORPORATION, et al., | * | Case Nos. 00-5-6931-JS through |
| | | 00-5-6967-JS, 00-5-8313-JS, and |
| Debtors. | * | 00-6-3718-JS |
| | * | |
| | | (Chapter 11) |
| | * | (Jointly Administered |
| | * | under Case No. 00-5-6931-JS) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING MOTION TO ESTABLISH CURE AMOUNTS FOR CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED PURSUANT TO
THE THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION OF
SUNTERRA CORPORATION AND AFFILIATED DEBTORS, AS AMENDED**

Upon the motion (the "Motion") of Sunterra Corporation, *et al.* (collectively, "Sunterra"),

for entry of an order establishing cure amounts for certain assumed executory contracts and

unexpired leases; and due and adequate notice of the Motion having been provided; and after due

deliberation, and sufficient cause appearing for granting the relief requested in the Motion, and

for the reasons stated therein; it is this _____ day of September, 2002, by the United States

Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is granted; and it is further

ORDERED, that the capitalized terms not defined herein shall have the meaning

ascribed to them in the Motion;

ORDERED, the Cure Amounts as set forth in Exhibit 1 to the Motion, and also

attached to this Order as **Exhibit 1,** comprise the obligations necessary for Sunterra to cure all

defaults under the Assumed Obligations pursuant to section 365 of the Bankruptcy Code.

_____
James F. Schneider
United States Bankruptcy Judge

# __Exhibit 1__

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| 805 | RMI | Advanta Business Services | $0 |
| 355 | AKGI St. Maarten, N.V. | AKGI St. Maarten & Briella Lease Agreement | $6,939 |
| 270 | Sunterra Corporation | Alarmco Agreement | $880 |
| 483 | Sunterra Corporation | Americanada Wholesale Contract Agreement | $0 |
| 802 | Sunterra Corporation | Bankruptcy Services LLC Services Agreement | $0 |
| 80 | Sunterra Corporation | Bellsouth Mobility | $39 |
| 164 | Sunterra Corporation | Bent Creek Reciprocal Rights Agreement | $0 |
| 558 | Sunterra Corporation | Best Pest Control Service Agreement | $0 |
| 414 | RMI | Bradshaw Brothers SubLease Agreement | $0 |
| 653 | AKGI St. Maarten, N.V. | Bunchie's Garage & Trucking N.V. | $0 |
| 495 | AKGI St. Maarten, N.V. | C. H. Pest Control Contract | $0 |
| 434 | AKGI St. Maarten, N.V. | C.H. Pest Control Agreement | $0 |
| 239 | Sunterra Corporation | Cahners Travel Group Advertising Contract | $0 |
| 813 | Sunterra Resorts | Camelot International | $0 |
| 814 | Sunterra Resorts | Camelot International | $0 |
| 409 | RMI | Canyon Portals Amendment to Lease | $0 |
| 199 | All Season Resorts | Canyon Portals Lease Agreement | $0 |
| 670 | RMI, Inc. | Charter Communications | $0 |
| 343 | Sunterra Corporation | Charter Communications Entertainment and Bulk Rate Agreement for Cable | $0 |
| 142 | Sunterra Financial Services, Inc. | Concord Servicing Agreement | $0 |
| 197 | AKGI St. Maarten, N.V. | Courtwell Management Lease Agreement | $5,923 |
| 644 | Sunterra Resorts/Sedona Summit Resort | Creative Design Concepts | $0 |

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| 273 | Sunterra Financial Services, Inc. | Danka Equipment Maintenance Agreement | $0 |
| 168 | Sunterra Corporation | Dexron Investments | $0 |
| 386 | RMI | Don Hopkins Lease Modification Agreement | $0 |
| 413 | RMI | Earnshaw Investors, Ltd. Lease Agreement | $0 |
| 671 | Resort Marketing International, Inc. | EVR – Lake Tahoe Management Agreement | $0 |
| 387 | RMI | Falcon Land Company Lease Agreement | $0 |
| 388 | RMI | Felsot Lease Agreement | $0 |
| 379 | Sunterra Corporation | Fidelity Leasing Equipment Lease Agreement – 001-0012048-001 Corp. | $0 |
| 279 | Sunterra Corporation | Finova Servicing Agreement | $0 |
| 133 | Bent Creek Golf Village | Five Star Communications Management Agreement | $0 |
| 421 | All Seasons Realty, Inc. | Fournos Restaurant Voucher Agreement | $742 |
| 393 | Sunterra Corporation | Gardening Angels Landscape Maintenance Agreement | $0 |
| 740 | Sunterra Resorts | GE Capital Equipment Lease Agreement Contract No. 6875178-001 | $0 |
| 489 | Sunterra Corporation | Golf Holidays International Advertising Agreement | $2,898 |
| 218 | Sunterra Corporation | Golf Market Agreement | $0 |
| 193 | AKGI St. Maarten, N.V. | Heytex Lease Agreement | $0 |
| 679 | Sunterra Corporation | IKON Office Solutions – Copy Care Contract EVR Lake Tahoe | $6,402 |
| 391 | RMI | Ingersoll/Boisse Associates Agreement | $0 |
| 680 | Sunterra Corporation (Harich Tahoe Development) | IOS Capital – EVR Lake Tahoe | $0 |
| 38 | Sunterra Corporation | K.K. Sunterra Japan Inventory | $0 |

8/27/2002

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| | | Rental/License Agreement | |
| 416 | RMI | Lantex Builders Lease Agreement | $0 |
| 870 | Sunterra Corporation | LaSalle Bank National Association, Sunterra Finance, LLC, and Signature Resorts, Inc. Indenture dated 5/1/98 | $0 |
| 871 | Sunterra Corporation | LaSalle Bank National Association, TerraSun, LLC, and Sunterra Financial Services, Inc. Indenture dated 3/31/99 | $0 |
| 872 | Sunterra Corporation | LaSalle Bank National Association, Dutch Elm, LLC and Sunterra Financial Services, Inc. Indenture dated 12/1/99 | $0 |
| 336 | Sunterra Corporation | Lucent – Newcourt Communications Master Equipment Lease Agreement | $0 |
| 418 | RMI | Maria's Restaurant Voucher Agreement | $0 |
| 354 | Sunterra Corporation | Metro Communications Production Agreement | $0 |
| 320 | Sunterra Corporation | Morgan, the Dukes Lease Agreement – 2nd modification | $0 |
| 206 | Sunterra Corporation | Network 21 Phone Agreement | $0 |
| 411 | RMI | Oak Creek Factory Outlet Lease | $0 |
| 579 | Sunterra Resorts | One of One, Inc. | $0 |
| 69 | Sunterra Corporation | OUC Commercial Electric Service Agreement | $0 |
| 655 | AKGI St. Maarten, N.V. | Phimaca N.V. d/b/a Hertz | $0 |
| 395 | RMI | Pitney Bowes Equipment Lease | $0 |
| 350 | Sunterra Corporation | Pitney Bowes Lease Agreement | $0 |
| 691 | Sunterra Corporation | Property Technologies, LTD | $0 |
| 52 | Sunterra Corporation | Public Storage Rental Agreement | $0 |
| 448 | RMI | Quality Inn Historic Contract | $0 |
| 654 | AKGI St. Maarten, N.V. | Quality Pools – Pool Service Contract | $0 |
| 332 | Sunterra Corporation | RE/MAX Exclusive Buyer Agency Agreement | $0 |

8/27/2002

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| 673 | The Ridge Pointe Resort | Ridge Pointe – II Space Agreement | $7,820 |
| 424 | RMI | Roberts Creekside Voucher Agreement | $2,316 |
| 389 | RMI | Rollies Camera Shop Lease Agreement | $0 |
| 262 | Sunterra Corporation | RSI – Master Service Agreement | $0 |
| 645 | Sunterra Resorts/Sedona Summit | Schaller Construction | $0 |
| 499 | Sunterra Corporation | Scott Robins Construction Agreement | $0 |
| 204 | Sunterra Corporation | Seaside Vending Agreement | $0 |
| 412 | RMI | Sedona Centre Development Group Lease Agreement | $0 |
| 15 | RMI | Sedona Centre Lease Agreement Modification | $0 |
| 436 | AKGI St. Maarten, N.V. | Shell Antilles Supply Agreement | $0 |
| 194 | AKGI St. Maarten, N.V. | Ship Wreck Club Lease Agreement | $0 |
| 198 | AKGI St. Maarten, N.V. | Shipwreck Shop Lease Agreement | $0 |
| 415 | RMI | Sinagua Plaza Associates Lease Agreement | $0 |
| 751 | Sunterra Corporation | Software Agreement/Microsoft | $0 |
| 796 | RMI, Inc./First American Tour & Travel | Spinnaker Development Corp. | $0 |
| 873 | AKGI-St. Maarten | St. Maarten Island Territory Ground Lease (Royal Palm) | $0 |
| 716 | AKGI-St. Maarten (Flamingo & Royal Palm) | St. Maarten Telephone Company | $0 |
| 840 | Sunterra Corporation | St. Maarten Timeshare Owners | $0 |
| 417 | RMI | The Cowboy Club Voucher Agreement | $0 |
| 422 | RMI | The Grille At Shadow Rock Voucher Agreement | $0 |
| 423 | All Seasons Realty, Inc. | The Marketplace Café Voucher Agreement | $0 |
| 183 | RMI | Torsion, Inc. Lease Agreement | $0 |
| 292 | Sunterra Corporation | Transamerica Master Lease Agreement | $0 |

8/27/2002

Sunterra Corporation
Assumed Executory Contracts

| Contract Number | Entity | Main File Name | Cure Amount |
|---|---|---|---|
| 874 | All Seasons Resorts, Inc. (AZ) | Villas at Poco Diablo Ground Leases | $0 |
| 756 | Resort Marketing International, Inc. | Villa at Poco Diablo Owners' Association | $0 |
| 750 | Resort Marketing International, Inc. | Villas of Sedona Owners' Association | $0 |
| 848 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – 1998-A | $0 |
| 852 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-A | $0 |
| 855 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-B | $0 |
| 866 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – Blue Bison Facility | $0 |
| 847 | Sunterra Corporation | LaSalle National Bank 1998-A Servicing Agreement | $0 |
| 850 | Sunterra Financial Services | LaSalle National Bank 1999-A Servicing Agreement | $0 |
| 853 | Sunterra Financial Services | LaSalle National Bank 1999-B Servicing Agreement | $0 |
| 863 | Sunterra Corporation | LaSalle, AKGI Saint Marten and Signature Resorts Custody Agreement | $0 |
| 862 | Sunterra Corporation | LaSalle, B of A and Sunterra Custody Agreement | $0 |
| 858 | Harich Tahoe Developments | LaSalle, Nations Bank and Harich Tahoe Developments Custody Agreement | $0 |
| 860 | Sunterra Corporation | LaSalle, UBOC and Sunterra Custody Agreement | $0 |
| 846 | Sunterra Corporation | Oracle Software License & Service Agreement | $0 |
| 859 | Sunterra Corporation | UBOC, International Escrow and Schreeder Wheeler & Flint Custody and Escrow Agreement | $0 |
| 110 | Sunterra Corporation | BellSouth Telecommunications | $0 |
| 296 | RMI | Hollywood Wax Museum Lease Agreement | $0 |

8/27/2002

Sunterra Corporation
Assumed Executory Contracts

| 457 | Sunterra Corporation | Resort Computer Corporation License Agreement | $0 | |
|-----|---------------------|-----------------------------------------------|-----|--|
| 868 | Sunterra Corporation | Poipu Resort Partners, LP Partnership Agreement | $0 | |
| 869 | Sunterra Corporation | CIT Communications Finance Corporation | $0 | |

8/27/2002

cc:    Paul M. Nussbaum, Esquire
       Martin T. Fletcher, Esquire
       Cameron J. Macdonald, Esquire
       Whiteford, Taylor & Preston, L.L.P.
       Seven Saint Paul Street
       Baltimore, Maryland 21202-1626

       Michael J. Kelly, Esquire
       Marc Abrams, Esquire
       Willkie Farr & Gallagher
       787 Seventh Avenue
       New York, New York 10019-6099

       U. S. Trustee
       Office of U.S. Trustee
       300 West Pratt Street, Suite 350
       Baltimore, Maryland 21201

*1443284*