# EXHIBIT 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| SUNTERRA CORPORATION, et al., | * | Case Nos. 00-5-6931-JS through 00-5-6967-JS, 00-5-8313-JS, and 00-6-3718-JS |
| Debtors. | * | |
| | * | (Chapter 11) (Jointly Administered under Case No. 00-5-6931-JS) |

ENTERED
MAR 0 5 2003
CLERK'S OFFICE
U. S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

**ORDER APPROVING MOTION TO ESTABLISH CURE AMOUNTS FOR CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES ASSUMED PURSUANT TO THE THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION OF SUNTERRA CORPORATION AND AFFILIATED DEBTORS, AS AMENDED**

Upon the motion (the "Motion") of Sunterra Corporation, *et al.* (collectively, "Sunterra"), for entry of an order establishing cure amounts for certain assumed executory contracts and unexpired leases; and due and adequate notice of the Motion having been provided; and after due deliberation, and sufficient cause appearing for granting the relief requested in the Motion, and for the reasons stated therein; it is this 27th day of February, 2003, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the capitalized terms not defined herein shall have the meaning ascribed to them in the Motion;

**ORDERED**, the Cure Amounts as set forth in Exhibit 1 to the Motion, and also attached to this Order as **Exhibit 1**, comprise the obligations necessary for Sunterra to cure all defaults under the Assumed Obligations pursuant to section 365 of the Bankruptcy Code.

/s/ James F. Schneider
James F. Schneider
United States Bankruptcy Judge

cc:  Paul M. Nussbaum, Esquire
    Martin T. Fletcher, Esquire
    Cameron J. Macdonald, Esquire
    Whiteford, Taylor & Preston, L.L.P.
    Seven Saint Paul Street
    Baltimore, Maryland 21202-1626

    Michael J. Kelly, Esquire
    Marc Abrams, Esquire
    Willkie Farr & Gallagher
    787 Seventh Avenue
    New York, New York 10019-6099

    U. S. Trustee
    Office of U.S. Trustee
    300 West Pratt Street, Suite 350
    Baltimore, Maryland 21201

EXHIBIT 1

| Contract Number | Entity | Main File Name |
|---|---|---|
| 805 | RMI | Advanta Business Services |
| 355 | AKGI St. Maarten, N.V. | AKGI St. Maarten & Briella Lease Agreement |
| 270 | Sunterra Corporation | Alamico Agreement |
| 483 | Sunterra Corporation | Americanada Wholesale Contract Agreement |
| 802 | Sunterra Corporation | Bankruptcy Services LLC Services Agreement |
| 80 | Sunterra Corporation | Bellsouth Mobility |
| 164 | Sunterra Corporation | Bent Creek Reciprocal Rights Agreement |
| 558 | Sunterra Corporation | Best Pest Control Service Agreement |
| 414 | RMI | Bradshaw Brothers SubLease Agreement |
| 653 | AKGI St. Maarten, N.V. | Bunchie's Garage & Trucking N.V. |
| 495 | AKGI St. Maarten, N.V. | C. H. Pest Control Contract |
| 434 | AKGI St. Maarten, N.V. | C.H. Pest Control Agreement |
| 239 | Sunterra Corporation | Cahners Travel Group Advertising Contract |
| 813 | Sunterra Resorts | Camelot International |
| 814 | Sunterra Resorts | Camelot International |
| 409 | RMI | Canyon Portals Amendment to Lease |
| 199 | All Season Resorts | Canyon Portals Lease Agreement |
| 670 | RMI, Inc. | Charter Communications |
| 343 | Sunterra Corporation | Charter Communications Entertainment and Bulk Rate Agreement for Cable |
| 142 | Sunterra Financial Services, Inc. | Concord Servicing Agreement |
| 197 | AKGI St. Maarten, N.V. | Courtwell Management Lease Agreement |

| Contract Number | Entity | Main File Name |
|---|---|---|
| 644 | Sunterra Resorts/Sedona Summit Resort | Creative Design Concepts |
| 273 | Sunterra Financial Services, Inc. | Danka Equipment Maintenance Agreement |
| 168 | Sunterra Corporation | Dexron Investments |
| 386 | RMI | Don Hopkins Lease Modification Agreement |
| 413 | RMI | Earnshaw Investors, Ltd. Lease Agreement |
| 671 | Resort Marketing International, Inc. | EVR – Lake Tahoe Management Agreement |
| 387 | RMI | Falcon Land Company Lease Agreement |
| 388 | RMI | Felsot Lease Agreement |
| 379 | Sunterra Corporation | Fidelity Leasing Equipment Lease Agreement – 001-0012048-001 Corp. |
| 279 | Sunterra Corporation | Finova Servicing Agreement |
| 133 | Bent Creek Golf Village | Five Star Communications Management Agreement |
| 421 | All Seasons Realty, Inc. | Fournos Restaurant Voucher Agreement |
| 393 | Sunterra Corporation | Gardening Angels Landscape Maintenance Agreement |
| 740 | Sunterra Resorts | GE Capital Equipment Lease Agreement Contract No. 6875178-001 |
| 489 | Sunterra Corporation | Golf Holidays International Advertising Agreement |
| 218 | Sunterra Corporation | Golf Market Agreement |
| 193 | AKGI St. Maarten, N.V. | Heytex Lease Agreement |
| 679 | Sunterra Corporation | IKON Office Solutions – Copy Care Contract EVR Lake Tahoe |
| 391 | RMI | Ingersoll/Boisse Associates Agreement |
| 680 | Sunterra Corporation (Harich Tahoe Development) | IOS Capital – EVR Lake Tahoe |

2

| Contract Number | Entity | Main File Name |
|---|---|---|
| 38 | Sunterra Corporation | K.K. Sunterra Japan Inventory Rental/License Agreement |
| 416 | RMI | Lantex Builders Lease Agreement |
| 336 | Sunterra Corporation | Lucent – Newcourt Communications Master Equipment Lease Agreement |
| 418 | RMI | Maria's Restaurant Voucher Agreement |
| 354 | Sunterra Corporation | Metro Communications Production Agreement |
| 320 | Sunterra Corporation | Morgan, the Dukes Lease Agreement – 2nd modification |
| 206 | Sunterra Corporation | Network 21 Phone Agreement |
| 411 | RMI | Oak Creek Factory Outlet Lease |
| 579 | Sunterra Resorts | One of One, Inc. |
| 69 | Sunterra Corporation | OUC Commercial Electric Service Agreement |
| 655 | AKGI St. Maarten, N.V. | Phimaca N.V. d/b/a Hertz |
| 395 | RMI | Pitney Bowes Equipment Lease |
| 350 | Sunterra Corporation | Pitney Bowes Lease Agreement |
| 691 | Sunterra Corporation | Property Technologies, LTD |
| 52 | Sunterra Corporation | Public Storage Rental Agreement |
| 448 | RMI | Quality Inn Historic Contract |
| 654 | AKGI St. Maarten, N.V. | Quality Pools – Pool Service Contract |
| 332 | Sunterra Corporation | RE/MAX Exclusive Buyer Agency Agreement |
| 673 | The Ridge Pointe Resort | Ridge Pointe – II Space Agreement |
| 424 | RMI | Roberts Creekside Voucher Agreement |
| 389 | RMI | Rollies Camera Shop Lease Agreement |

| Contract Number | Entity | Main File Name |
|---|---|---|
| 262 | Sunterra Corporation | RSI – Master Service Agreement |
| 645 | Sunterra Resorts/Sedona Summit | Schaller Construction |
| 499 | Sunterra Corporation | Scott Robins Construction Agreement |
| 204 | Sunterra Corporation | Seaside Vending Agreement |
| 412 | RMI | Sedona Centre Development Group Lease Agreement |
| 15 | RMI | Sedona Centre Lease Agreement Modification |
| 436 | AKGI St. Maarten, N.V. | Shell Antilles Supply Agreement |
| 194 | AKGI St. Maarten, N.V. | Ship Wreck Club Lease Agreement |
| 198 | AKGI St. Maarten, N.V. | Shipwreck Shop Lease Agreement |
| 415 | RMI | Sinagua Plaza Associates Lease Agreement |
| 751 | Sunterra Corporation | Software Agreement/Microsoft |
| 796 | RMI, Inc./First American Tour & Travel | Spinnaker Development Corp. |
| 873 | AKGI-St. Maarten | St. Maarten Island Territory Ground Lease (Royal Palm) |
| 716 | AKGI-St. Maarten (Flamingo & Royal Palm) | St. Maarten Telephone Company |
| 840 | Sunterra Corporation | St. Maarten Timeshare Owners |
| 417 | RMI | The Cowboy Club Voucher Agreement |
| 422 | RMI | The Grille At Shadow Rock Voucher Agreement |
| 423 | All Seasons Realty, Inc. | The Marketplace Café Voucher Agreement |
| 183 | RMI | Torsion, Inc. Lease Agreement |
| 292 | Sunterra Corporation | Transamerica Master Lease Agreement |
| 874 | All Seasons Resorts, Inc. (AZ) | Villas at Poco Diablo Ground Leases |
| 756 | Resort Marketing International, Inc. | Villa at Poco Diablo Owners' Association |
| 750 | Resort Marketing International, Inc. | Villas of Sedona Owners' Association |

| Contract Number | Entity | Main File Name |
|---|---|---|
| 848 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – 1998-A |
| 852 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-A |
| 855 | Sunterra Financial Services | Concord Servicing Corporation Subservicing Agreement – 1999-B |
| 866 | Sunterra Corporation | Concord Servicing Corporation Subservicing Agreement – Blue Bison Facility |
| 846 | Sunterra Corporation | Oracle Software License & Service Agreement |
| 859 | Sunterra Corporation | UBOC, International Escrow and Schreeder Wheeler & Flint Custody and Escrow Agreement |
| 110 | Sunterra Corporation | BellSouth Telecommunications |
| 296 | RMI | Hollywood Wax Museum Lease Agreement |
| 457 | Sunterra Corporation | Resort Computer Corporation Software License Agreement |
| 868. | Sunterra Corporation | Poipu Resort Partners, LP Partnership Agreement |
| 869 | Sunterra Corporation | CIT Communications Finance Corporation |

*1475924*