UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 24, 2005

Memo To Counsel Re: RCI Technology Corp. v. Sunterra Corp.
Civil No. JFM-02-2539

Dear Counsel:

I am in receipt of your respective letters of May 9, 2005 and May 10, 2005.

I agree with Mr. Oestreicher that the case should be remanded to the Bankruptcy Court for resolution of the issue that divides you. Accordingly, I am today entering the order that he has submitted. Of course, in doing so, I am not passing judgment on the merits of the underlying disagreement.

Very truly yours,

J. Frederick Motz
United States District Judge